**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                            Case No. 08-cr-139-PB

<u>**Carl Connor, et al.**</u>

**O R D E R**

Defendant Crystal Lopez, through counsel, has moved to continue the trial scheduled for January 6, 2009, citing her counsel's scheduling conflict with a case in Hillsborough County beginning on the same date. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 6, 2009 to April 7, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The December 29, 2008 final pretrial conference is continued to March 26, 2009 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 22, 2008

cc: Andrew Schulman, Esq.
    Dona Feeney, Esq.
    Paul Garrity, Esq.
    Richard Monteith, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal