```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                               Case No. 08-cr-139-PB

**Carl Connor et al.**


**O R D E R**

    Defendant, Carl Connor, through counsel, has moved to continue the trial scheduled for April 7, 2009, citing an impending superseding indictment and the need for additional time to prepare for trial on the new charges.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 7, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The March 26, 2009 final pretrial conference is continued to July 27, 2009 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 10, 2009

cc: Andrew Schulman, Esq.
    Dona Feeney, Esq.
    Paul Garrity, Esq.
    Richard Monteith, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal